THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------------------X
PEPITO OBUT ALMENDRAS,
        *Plaintiffs,*

- against -                                      Index No. 13-cv-2784
                                                      **AFFIDAVIT OF SERVICE**

HAROLD GRABINO and
PRISCILLA GRABINO,
        *Defendants.*
X------------------------------------------------------------------X
STATE OF NEW YORK    )
COUNTY OF NEW YORK  )  S.S

CONFESOR C. CHUA, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age, and resides in the State of New York.

That on April 29, 2013, at around 4:20 p.m., at 145 Central Park West, New York, NY 10023, your deponent served the SUMMONS and COMPLAINT, bearing Index #13-cv-2784, upon defendant HAROLD GRABINO, by delivering a true copy to LEXINGTON MILLER, doorman at the defendant's building, a person of suitable age and discretion who informed your deponent that he has been receiving all incoming mails and delivers them to Harold Grabino. Your deponent knew the person so served to be an officer or agent authorized to accept on behalf of the entity to be served and he is wearing an employees uniform.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

| | | | |
|---|---|---|---|
| Gender: | Male | Skin color: | fair |
| Hair color: | black | Approximate age: | late 30s |
| Approximate height: | 5'2" | Approximate weight: | 125 lbs. |
| Race: | black | | |

Furthermore, on May 01, 2013, your deponent mailed a copy of the said SUMMONS and COMPLAINT to defendant HAROLD GRABINO at his address at 145 Central Park West, Apt. 11-C, New York, NY 10023.

                                                         _____
                                                         CONFESOR C. CHUA

SWORN to before me on ~~[illegible]~~.
May 10, 2013
_____
Notary Public

EDGAR ARIEL L. RECTO
Notary Public State of New York
No.02RE6087688
Qualified in New York County
Commission Expires 2/24/2015