UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEPITO O. ALMENDRAS,

    *Plaintiff,*

-against-

HAROLD GRABINO and PRISCILLA GRABINO,

    *Defendants.*

Case No 13 Civ. 2784 (ALC) (SN)

**NOTICE OF APPEARANCE AND DEMAND**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE, that Andrew W. Singer of Tannenbaum Helpern Syracuse & Hirschtritt LLP hereby appears in the above-entitled action and that the undersigned has been retained as an attorney for Defendants Harold Grabino and Priscilla Grabino and hereby demands service of all papers and notices of all proceedings in said action be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       June 21, 2013

TANNENBAUM HELPERN
  SYRACUSE & HIRSCHTRITT LLP

By: _____S/ Andrew W. Singer_____
        Andrew W. Singer

900 Third Avenue
New York, New York 10022
(212) 508-6723
Fax: (212) 371-1084
Email: singer@thsh.com

*Attorneys for Defendants Harold Grabino and Priscilla Grabino*

[982608-1]