UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 6/24/2013
```

**Pepito O. ALMENDRAS,**

                         **Plaintiff,**                  **13-CV-02784 (ALC)(SN)**

                **-against-**                             **INITIAL PRETRIAL**
                                                              **CONFERENCE ORDER**

**Harold GRABINO, et al.,**

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       This action is scheduled for an Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure on July 1, 2013 at 10:30 a.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

       **Rule 16(b) Conference.**  The parties will be required to discuss at the conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure.  In any action in which subject matter jurisdiction is founded on diversity of citizenship pursuant to 28 U.S.C. § 1332, the party asserting the existence of such jurisdiction must be prepared to discuss at the conference the basis for that party's belief that diversity of citizenship exists. Where any party is a corporation, counsel shall provide both the place of incorporation and the principal place of business.  In cases where any party is a partnership, limited partnership, limited liability company or trust, counsel shall provide the citizenship of each of the entity's members, shareholders, partners or trustees.

       **Rule 26(f) Conference.**  Counsel for the parties are directed to confer at least 21 days before the date of the Initial Pretrial Conference to discuss the matters set forth in Rule 26(f) of

the Federal Rules of Civil Procedure.  The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

**Proposed Scheduling Order**.  Parties are directed to complete the Civil Case Management Plan and Scheduling Order, available at http://nysd.uscourts.gov/judge/Netburn, and e-mail it to Netburn_NYSDChambers@nysd.uscourts.gov one week before the scheduled conference.

Counsel who disagree about the dates or other terms of the proposed schedule, shall submit one week before the scheduled conference a joint letter briefly explaining the dispute.

**Consent to Proceed Before the Magistrate Judge.**  The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c).  If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge and file such form with the assigned district judge before the Initial Pretrial Conference.

**ECF.**  This case has been designated an electronic case.  Counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing promptly upon appearing in the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
           June 24, 2013