# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

**Andrew W. Singer**
Direct Dial: (212) 508-6723
E-mail: singer@thsh.com

June 25, 2013

**VIA E-MAIL**

Honorable Sarah Netburn
United States District Court
Southern District of New York
Netburn_NYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/13
```

Re:   *Almendras v. Harold Grabino et al.*
      13-CV-02784 (ALC)(SN)

Dear Judge Netburn:

I serve as counsel to Harold and Priscilla Grabino, the defendants in the above-referenced action, and I am in receipt of the Court's Order dated June 24, 2013, which schedules an Initial Pretrial Conference for Monday, July 1, 2013.

Due to a previously scheduled trip, I will be out of the country next week and will be unable to attend the conference as currently scheduled. I respectfully request a brief adjournment of the conference. Counsel for the Plaintiff has consented to a brief adjournment and requested it be rescheduled for on or after July 9. We respectfully request the conference be scheduled either July 9 or July 16.

The parties have agreed to the dates to be contained in the Proposed Civil Case Management Plan and Scheduling Order, which we will submit in accordance with Mr. McNerney's direction.

Thank you Your Honor for your courtesies in this matter.

Respectfully submitted,

Andrew W. Singer

cc:   Felix Vinluan, Esq. (by e-mail)
      *Attorney for Plaintiff*

[982724-1]

The Initial Pretrial Conference scheduled for July 1, 2013, is rescheduled for July 16, 2013, at 11:00 a.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

New York, New York
June 26, 2013