UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Pepito O. ALMENDRAS,

                                **Plaintiff,**

                 -against-

**Harold GRABINO, et al.,**

                                **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2013

13-CV-02784 (ALC) (SN)

CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING
ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On July 16, 2013, the parties appeared for an Initial Pretrial Conference. After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings or join additional parties until July 31, 2013.

**Discovery.** All discovery shall be completed by November 29, 2013.

**Status Letter.** A joint letter informing the Court about the status of discovery shall be sent to chambers by September 16, 2013. Such letter shall be submitted in accordance with the Court's Individual Practices. The letter should address any outstanding discovery disputes. It should also indicate whether the parties wish to schedule a settlement conference and, if so, include proposed dates on at least two consecutive weeks. The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Summary Judgment Motion.** No party may make a motion for summary judgment until the close of discovery. Any party that wishes to file a motion for summary judgment must file a pre-motion letter with the Hon. Andrew L. Carter, Jr. by December 12, 2013.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         July 16, 2013