TANNENBAUM HELPERN SYRACUSE & HIRSCH

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/13
```

**Andrew W. Singer**
Direct Dial: (212) 508-6723
E-mail: singer@thsh.com

November 1, 2013

**VIA E-MAIL**

Honorable Sarah Netburn
United States District Court
Southern District of New York
Netburn_NYSDChambers@nysd.uscourts.gov

Re:  Discovery Schedule
*Almendras v. Harold Grabino et al.*
13-CV-02784 (ALC)(SN)

Dear Judge Netburn:

I serve as counsel to Harold and Priscilla Grabino, the defendants in the above-referenced action, and I respectfully submit this letter on behalf of the parties to request an extension of the discovery deadline set forth in Your Honor's July 16, 2013, Civil Case Management Plan and Scheduling Order.

Regrettably, Mr. Grabino was recently hospitalized and moved to a rehabilitation facility and we are currently uncertain when Mr. Grabino will be discharged. As a result of Mr. Grabino's health condition and also due to plaintiff's counsel's travel outside the country, the parties anticipate that they will be unable to complete discovery by the November 29, 2013, deadline set forth in the Scheduling Order. Accordingly, the parties jointly respectfully request an extension to January 17, 2014, in order to complete discovery. The parties also request an extension to February 3, 2014, to file a pre-summary judgment motion letter with the Honorable Andrew L. Carter.

Thank you Your Honor for your courtesies in this matter.

Respectfully submitted,

Andrew W. Singer

---

Application GRANTED. Counsel are advised that, as of September 9, 2013, all letters and letter motions must be filed on ECF and not emailed to chambers, unless they contain sensitive or confidential information.

**SO ORDERED**  _____
SARAH NETBURN
United States Magistrate Judge

November 5, 2013
New York, New York