UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Pepito O. ALMENDRAS,

        Plaintiff,

    -against-

Harold GRABINO, et al.,

        Defendants.

-------------------------------------------------------------X

13-CV-02784 (ALC) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2014

**SARAH NETBURN, United States Magistrate Judge:**

    In light of discovery in this matter closing on January 17, 2014, the parties shall call Courtroom Deputy Joseph Mendieta at (212) 805-0286 by January 24, 2014, to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                January 21, 2014