UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEPITO O. ALMENDRAS,

    *Plaintiff,*

-against-

HAROLD GRABINO and PRISCILLA GRABINO,

    *Defendants.*

Case No. 13 Civ. 2784 (ALC) (SN)



## STIPULATION OF DISMISSAL WITH PREJUDICE

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, <u>with prejudice</u>, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

  This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

_____
Andrew W. Singer
TANNENBAUM HELPERN ET AL
900 Third Avenue , 13th Floor
New York, NY 10022
(212) 508-6700
*Attorneys for Defendants*

Dated: Jan. 30, 2014

_____
Felix Q. Vinluan
LAW OFFICE OF FELIX Q. VINLUAN
69-10 Roosevelt Avenue, 2nd Floor
Woodside, NY 11377
(718) 478-4488
*Attorney for Plaintiff*

Dated: 01/21/2014

SO ORDERED:

_____
Honorable Andrew L. Carter, Jr., U.S.D.J.

Dated: 2/14/14